CY DENNISON v. CHRISTOPHER, Superior Judge.

No. A-4005.   Opinion Filed June 28, 1921.
(200 Pac. 785.)

Petition for mandamus by Cy Dennison against H. R. Christopher, Judge of the Superior Court of Okmulgee County.   Cause dismissed.

See, also, 19 Okla. Cr. 179, 198 Pac. 514; 19 Okla. Cr. —, 200 Pac. 783.

E. M. Carter, John Caruthers, and Joe S. Eaton, for petitioner.

The Attorney General, W. C. Hall, Asst. Atty. Gen., and James Hepburn, Co. Atty., for the State.

PER CURIAM.    Cause dismissed on motion of petitioner June 28, 1921.